IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, RONALD NAPLES, and SAUL REIBSTEIN <br><br> Defendants, <br> -and- <br><br> PENN ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No.: 5:25-cv-02313-CH <br><br> **DEFENDANTS' MOTION TO STAY** |

**DEFENDANTS' MOTION TO STAY**

PENN Entertainment, Inc. ("PENN"), Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane, Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein (collectively "Defendants,"), by and through their undersigned counsel, file this Motion to Stay seeking a stay of the litigation while the statutorily-appointed special litigation committee formed by the PENN board of directors investigates plaintiff's derivative claims. The

1

reasons why the Motion to Stay should be granted are set forth in the accompanying Memorandum of Law, which is attached hereto and incorporated by reference herein.

**WHEREFORE**, for the reasons set forth in accompanying memorandum of law, Defendants respectfully request that the Court grant Defendants' Motion to Stay.

Dated: May 19, 2025

By: */s/ Stacey Scrivani*
Stacey Scrivani
Attorney I.D. No. 84275
111 North Sixth Street
Reading, PA 19601
stacey.scrivani@stevenslee.com
Tel: (610)-478-2086

Jason P. Rudloff
Attorney I.D. No. 331263
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
jason.rudloff@stevenslee.com
Tel: (215) 751-2882

Ryan McLeod *(pro hac vice)*
Attorney I.D. No. 5038
51 West 52nd Street
New York, NY 10019
RAMcLeod@wlrk.com
Tel: (212)-403-1175

Cynthia Fernandez Lumermann *(pro hac vice)*
Attorney I.D. No. 5071618
51 West 52nd Street
New York, NY 10019
CFernandez@wlrk.com
Tel: (212)-403-1162

*Attorneys for Defendants, Penn Entertainment Inc., Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein*

# CERTIFICATE OF SERVICE

I, Stacey A. Scrivani, hereby certify that I caused a true and correct copy of Defendants' Motion to Stay, Memorandum in Support thereof, and Proposed Order, to be served on Defendants as follows: upon counsel in accordance with Federal Rules of Civil Procedure 5(b).

Dated: May 19, 2025

By: */s/ Stacey Scrivani*
Stacey Scrivani
Attorney I.D. No. 84275
111 North Sixth Street
Reading, PA 19601
stacey.scrivani@stevenslee.com
Tel: (610)-478-2086

Jason P. Rudloff
Attorney I.D. No. 331263
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
jason.rudloff@stevenslee.com
Tel: (215) 751-2882

Ryan McLeod *(pro hac vice)*
Attorney I.D. No. 5038
51 West 52nd Street
New York, NY 10019
RAMcLeod@wlrk.com
Tel: (212)-403-1175

Cynthia Fernandez Lumermann *(pro hac vice)*
Attorney I.D. No. 5071618
51 West 52nd Street
New York, NY 10019
CFernandez@wlrk.com
Tel: (212)-403-1162

*Attorneys for Defendants, Penn Entertainment Inc., Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein*

3