IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC.,<br><br>                Plaintiffs,<br><br>                -against-<br><br>PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, RONALD NAPLES, and SAUL REIBSTEIN<br><br>                Defendants,<br>    -and-<br><br>PENN ENTERTAINMENT, INC.,<br><br>                Nominal Defendant. | Case No.: 5:25-cv-02313-CH |

## ORDER GRANTING STAY OF PROCEEDINGS

AND NOW, this _____ day of _____ 2025, upon consideration of Defendants PENN Entertainment, Inc., Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Rubenstein's (together "Defendants") Motion to Stay, the Memorandum of Law in Support thereof, and any responses thereto, it is hereby **ORDERED** and **DECREED** that:

1. Defendants' Motion to Stay is **GRANTED**; and

SL1 2789114v1 005982.00097

2. This case is stayed in its entirety until further order of this Court following the submission of the report and determination of the special litigation committee constituted by PENN Entertainment, Inc.'s board of directors in response to this litigation.

**BY THE COURT:**

_____
Hon. Catherine Henry