**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, RONALD NAPLES, and SAUL REIBSTEIN <br><br> Defendants, <br>         -and- <br><br> PENN ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No.: 5:25-cv-02313-CH <br><br><br> **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**[1]

Defendants, PENN Entertainment, Inc. ("PENN"), Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein (collectively, "Defendants"), by and through their undersigned counsel, file this Motion for Extension of Time to Respond to Plaintiffs' Complaint, seeking an extension

---

[1] Plaintiffs do not agree to the relief sought in this motion.

SL1 2796629v2 005982.00097

of Defendants' deadline to move, answer, or otherwise respond to the Complaint until thirty (30) days after the Court lifts any stay of this case that it enters pursuant to Defendants' pending Motion to Stay (ECF 19), or until thirty (30) days after the Motion to Stay is resolved, if the case is not stayed in its entirety.

**WHEREFORE**, for the reasons set forth in this Motion, and Memorandum of Law in Support, Defendants respectfully request that the Court grant Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint.

Dated: May 23, 2025

By: */s/ Stacey Scrivani*
Stacey Scrivani
STEVENS & LEE, P.C.
Attorney I.D. No. 84275
111 North Sixth Street
Reading, PA 19601
stacey.scrivani@stevenslee.com
Tel: (610) 478-2086

Jason P. Rudloff
STEVENS & LEE, P.C.
Attorney I.D. No. 331263
555 City Ave., Suite 1170
Philadelphia, PA 19004
jason.rudloff@stevenslee.com
Tel: (215) 751-2882

Ryan McLeod *(pro hac vice)*
WACHTELL, LIPTON, ROSEN & KATZ
Attorney I.D. No. 5038
51 West 52nd Street
New York, NY 10019
RAMcLeod@wlrk.com
Tel: (212) 403-1175

Cynthia Fernandez Lumermann *(pro hac vice)*
WACHTELL, LIPTON, ROSEN & KATZ
Attorney I.D. No. 5071618
51 West 52nd Street
New York, NY 10019
CFernandez@wlrk.com

Tel: (212) 403-1162

*Attorneys for Defendants PENN Entertainment, Inc., Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein*