IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, RONALD NAPLES, and SAUL REIBSTEIN <br><br> Defendants, <br> -and- <br><br> PENN ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No.: 5:25-cv-02313-CH <br><br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

**AND NOW**, this _____ day of _____, 2025, upon consideration of Defendants

PENN Entertainment, Inc., Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler,

Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein

(collectively, "Defendants") Motion For Extension of Time to Respond to Plaintiffs' Complaint,

SL1 2796629v2 005982.00097

the supporting Memorandum of Law, and any responses therefore, it is hereby **ORDERED** and **DECREED** that:

1) Defendants' Motion is **GRANTED**.

2) Defendants' deadline to move, answer, or otherwise respond to the Complaint is thirty (30) days from the date the Court lifts any stay of this case that it enters pursuant to Defendants' pending Motion to Stay (ECF 19), or thirty (30) days from the date the Motion to Stay is resolved, if the case is not stayed in its entirety.

**BY THE COURT:**

_____
Hon. Catherine Henry