## CERTIFICATE OF SERVICE

I, Stacey A. Scrivani, hereby certify that I caused a true and correct copy of Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint, Memorandum of Law in Support thereof, and Proposed Order, to be served on Plaintiffs' counsel in accordance with Federal Rule of Civil Procedure 5(b).

Dated: May 23, 2025

By: */s/ Stacey Scrivani*
Stacey Scrivani
STEVENS & LEE, P.C.
Attorney I.D. No. 84275
111 North Sixth Street
Reading, PA 19601
stacey.scrivani@stevenslee.com
Tel: (610) 478-2086

Jason P. Rudloff
STEVENS & LEE, P.C.
Attorney I.D. No. 331263
555 City Ave., Suite 1170
Bala Cynwyd, PA 19004
jason.rudloff@stevenslee.com
Tel: (215) 751-2882

Ryan McLeod *(pro hac vice)*
WACHTELL, LIPTON, ROSEN & KATZ
Attorney I.D. No. 5038
51 West 52nd Street
New York, NY 10019
RAMcLeod@wlrk.com
Tel: (212) 403-1175

Cynthia Fernandez Lumermann *(pro hac vice)*
WACHTELL, LIPTON, ROSEN & KATZ
Attorney I.D. No. 5071618
51 West 52nd Street
New York, NY 10019
CFernandez@wlrk.com
Tel: (212) 403-1162

*Attorneys for Defendants PENN Entertainment, Inc., Jay Snowden, Vimla Black-Gupta, Anuj*

*Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein*

SL1 2796629v2 005982.00097