IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HG VORA CAPITAL MANAGEMENT,           :
LLC, HG VORA SPECIAL                   :
OPPORTUNITIES MASTER FUND, LTD.,       :
and DOWNRIVER SERIES LP –             :
SEGREGATED PORTFOLIO C, on behalf      :
of themselves and derivatively on behalf of :
PENN ENTERTAINMENT, INC.,              :
                 *Plaintiffs*           :
                                        :
                                        :
        v.                              :   CIVIL NO. 25-2313
                                        :
PENN ENTERTAINMENT, INC., JAY          :
SNOWDEN, VIMLA BLACK-GUPTA,            :
ANUJ DHANDA, DAVID HANDLER,            :
MARLA KAPLOWITZ, JANE                  :
SCACCETTI, BARBARA SHATTUCK            :
KOHN, RONALD NAPLES, and SAUL          :
REIBSTEIN,                             :
                 *Defendants*           :
        *and*                           :
                                        :
PENN ENTERTAINMENT, INC.,              :
                 *Nominal Defendant.*   :

# ORDER

**AND NOW,** this 27th day of May, 2025, upon consideration of Defendants PENN

Entertainment, Inc., Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla

Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein

(collectively, "Defendants") Motion For Extension of Time to Respond to Plaintiffs' Complaint

(ECF No. 20) and Plaintiffs' opposition thereto (ECF No. 22), it is hereby **ORDERED** as follows:

1.    Defendants' Motion is **GRANTED**.

2.    Defendants' deadline to move, answer, or otherwise respond to the Complaint is

twenty (20) days from the date the Court lifts any stay of this case that it enters pursuant to

Defendants' pending Motion to Stay (ECF No. 19), or twenty (20) days from the date the Motion

to Stay is resolved, if the case is not stayed in its entirety.

BY THE COURT:

*s/ Catherine Henry*

**HON. CATHERINE HENRY**