IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, and SAUL REIBSTEIN <br><br> Defendants, <br> -and- <br><br> PENN ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No. 5:25-cv-2313-CH |

**ORDER GRANTING JOINT MOTION TO AMEND PLEADINGS PURSUANT TO FED. R. CIV. P. 15(A)(1)(B) AND SET BRIEFING SCHEDULE**

**AND NOW**, this 11th day of August, 2025, upon consideration of the Parties' Joint Motion to Amend Pleadings Pursuant to Fed. R. Civ. P. 15(A)(1)(B) and Set Briefing Schedule (the "Motion"), it is hereby **ORDERED** that the Parties' Motion is **GRANTED**.

It is further **ORDERED** that:

1) Plaintiffs' August 11, 2025 deadline to oppose Defendants' Motion to Dismiss is vacated as moot.

2) Plaintiffs shall file an amended complaint by August 18, 2025.

3) Defendants shall file their response to the Amended Complaint by September 18, 2025.

4) Plaintiffs shall file their opposition to any motion to dismiss by October 9, 2025.

5) Defendants shall file a reply in support of any motion to dismiss by October 30, 2025.

By    *s/ Catherine Henry*
        Honorable Catherine Henry