IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br>                Plaintiffs, <br><br>-against- <br><br>PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, and SAUL REIBSTEIN <br><br>                Defendants, <br>-and- <br><br>PENN ENTERTAINMENT, INC., <br><br>                Nominal Defendant. | Case No.: 5:25-cv-02313-CH <br><br>**VERIFIED FIRST AMENDED COMPLAINT** |

CERTIFICATE OF SERVICE

    I hereby certify that I caused a true and correct copy of the Verified First Amended Complaint, to be served on Defendants as follows: upon counsel for Defendants in accordance with Federal Rule of Civil Procedure 5(b).

Dated: August 18, 2025

                                              /s/ *Daniel E. Rhynhart*
                                              Daniel E. Rhynhart (PA Bar No. 78248)
                                              BLANK ROME LLP
                                              One Logan Square
                                              130 North 18th Street

Philadelphia, PA 19103
Tel: 215-569-5371
dan.rhynhart@blankrome.com

Michael E. Swartz
Manisha M. Sheth
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: 212-849-7000
michaelswartz@quinnemanuel.com
manishasheth@quinnemanuel.com

Richard M. Brand
WHITE & CASE LLP
1221 6th Avenue
New York, New York 10020
Tel: 212-819-8200
richard.brand@whitecase.com

*Counsel for Plaintiffs HG Vora Capital Management, LLC, HG Vora Special Opportunities Master Fund, Ltd., and Downriver Series LP – Segregated Portfolio C*