IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, RONALD NAPLES, and SAUL REIBSTEIN <br><br> Defendants, <br> -and- <br><br> PENN ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No.: 5:25-cv-02313-CH <br><br> **DEFENDANTS' MOTION TO DISMISS** |

**DEFENDANTS' AMENDED MOTION TO DISMISS**

Defendants Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, Saul Reibstein, and nominal defendant PENN Entertainment, Inc. (collectively "Defendants,"), by and through their undersigned counsel, file this Amended Motion to Dismiss seeking dismissal of Counts I, II, III, and V of the Verified First Amended Complaint (ECF 35).[1] The reasons why the Amended Motion

---

[1] Pursuant to the Court's Orders of July 7, 2025 and August 20, 2025, Plaintiff's derivative claim for breach of fiduciary duty (Count IV) is stayed pending the special litigation committee's investigation. If the Court dismisses

1

to Dismiss should be granted are set forth in the accompanying Memorandum of Law, which is attached hereto and incorporated by reference herein.

**WHEREFORE**, for the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant Defendants' Amended Motion to Dismiss.

Dated: September 18, 2025

By: */s/ Stacey Scrivani*
Stacey Scrivani
Stevens & Lee, P.C.
PA I.D. No. 84275
111 North Sixth Street
Reading, PA 19601
Telephone: (610) 478-2086
Fax: (610) 988-0812
Email: stacey.scrivani@stevenslee.com

Jason P. Rudloff
Stevens & Lee, P.C.
PA I.D. No. 331263
555 City Avenue
Bala Cynwyd, PA 19004
Telephone: (215) 751-2882
Email: jason.rudloff@stevenslee.com

Ryan McLeod *(pro hac vice)*
Attorney I.D. No. 5038
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Tel: (212)-403-1175
Email: RAMcLeod@wlrk.com

Cynthia Fernandez Lumermann *(pro hac vice)*
Attorney I.D. No. 5071618
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

---

Plaintiff's other state-law causes of action for lack of subject matter jurisdiction, Count IV should be dismissed as well.

        Tel: (212)-403-116
        Email: CFernandez@wlrk.com

*Attorneys for Defendants, Penn Entertainment Inc., Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein*

## **CERTIFICATE OF SERVICE**

I, Stacey A. Scrivani, hereby certify that I caused a true and correct copy of Defendants' Motion to Dismiss, Memorandum in Support thereof, and Proposed Order, to be served on Defendants as follows: upon counsel in accordance with Federal Rules of Civil Procedure 5(b).

Dated: September 18, 2025        By: */s/ Stacey Scrivani*
        Stacey Scrivani
        Stevens & Lee, P.C.
        PA I.D. No. 84275
        111 North Sixth Street
        Reading, PA 19601
        Telephone: (610) 478-2086
        Fax: (610) 988-0812
        Email: stacey.scrivani@stevenslee.com

        Jason P. Rudloff
        Stevens & Lee, P.C.
        PA I.D. No. 331263
        555 City Avenue
        Bala Cynwyd, PA 19004
        Telephone: (215) 751-2882
        Email: jason.rudloff@stevenslee.com

        Ryan McLeod *(pro hac vice)*
        Attorney I.D. No. 5038
        Wachtell, Lipton, Rosen & Katz
        51 West 52nd Street
        New York, NY 10019
        Tel: (212)-403-1175
        Email: RAMcLeod@wlrk.com

        Cynthia Fernandez Lumermann *(pro hac vice)*
        Attorney I.D. No. 5071618
        Wachtell, Lipton, Rosen & Katz

51 West 52nd Street
New York, NY 10019
Tel: (212)-403-116
Email: CFernandez@wlrk.com

*Attorneys for Defendants, Penn Entertainment Inc., Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein*

4