IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br>                Plaintiffs, <br><br>       -against- <br><br>PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, RONALD NAPLES, and SAUL REIBSTEIN <br><br>                Defendants, <br>       -and- <br><br>PENN ENTERTAINMENT, INC., <br><br>                Nominal Defendant. | Case No.: 5:25-cv-02313-CH |

**[PROPOSED] ORDER GRANTING DEFENDANTS' AMENDED MOTION TO DISMISS**

      WHEREAS, having considered Defendants Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, Saul Reibstein, and nominal defendant PENN Entertainment, Inc.'s Amended Motion to Dismiss the Verified First Amended Complaint (ECF 35) (the "Motion"), the Memorandum of Law in support thereof, and any responses thereto, and for good cause shown;

      IT IS SO ORDERED this _____ day of _____, 2025, that:

1.    The Motion is hereby GRANTED;

2.    Counts I and II of the above-captioned action are hereby DISMISSED; and

3. The Court declines to exercise supplemental jurisdiction over remaining state-law claims, which are also DISMISSED.

_____
Hon. Catherine Henry