## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, RONALD NAPLES, and SAUL REIBSTEIN <br><br> Defendants, <br> -and- <br><br> PENN ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No.: 5:25-cv-02313-CH |

## [PROPOSED] ORDER DENYING DEFENDANTS' AMENDED MOTION TO DISMISS

WHEREAS, upon consideration of Defendants PENN Entertainment, Inc., Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Rubenstein's (together "Defendants") Amended Motion to Dismiss the Verified First Amended Complaint, and supporting Memorandum of Law, and Plaintiffs HG Vora Capital Management LLC, HG Vora Special Opportunities Master Fund LTD, and Downriver Series LP–Segregated Portfolio C's ("Plaintiffs") Opposition to Defendants' Amended Motion to Dismiss, and supporting Memorandum of Law;

**IT IS SO ORDERED** this _____ day of _____, 2025, that

Defendants' Amended Motion to Dismiss the First Amended Complaint is **DENIED**.

_____

HONORABLE CATHERINE HENRY
United States District Court Judge