IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, RONALD NAPLES, and SAUL REIBSTEIN, <br><br> Defendants, <br> -and- <br><br> PENN ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No.: 5:25-cv-02313-CH <br><br><br> **DEFENDANTS' MOTION FOR FURTHER EXTENSION OF STAY OF COUNT IV OF THE AMENDED COMPLAINT** |

**DEFENDANTS' MOTION FOR FURTHER EXTENSION OF STAY
OF COUNT IV OF THE AMENDED COMPLAINT**

Defendants Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, Saul Reibstein and nominal defendant PENN Entertainment, Inc. (collectively, "Defendants"), by and through their undersigned counsel, file this Motion for Further Extension of Stay of Count IV of the Amended

1

Complaint seeking a 30-day extension of the Stay ordered by this Court on July 7, 2025 (ECF 28), and extended for 90 days pursuant to this Court's Order on August 20, 2025 (ECF 37).[1]

**WHEREFORE**, for the reasons set forth in this Motion and the Memorandum of Law in Support filed herewith, Defendants respectfully request that the Court grant Defendants' Motion for Further Extension of Stay of Count IV of the Amended Complaint.

Dated: October 31, 2025

By: */s/ Stacey A. Scrivani*
Stacey A. Scrivani
STEVENS & LEE, P.C.
Attorney I.D. No. 84275
111 North Sixth Street
Reading, PA 19601
stacey.scrivani@stevenslee.com
Tel: (610)-478-2086

Jason P. Rudloff
STEVENS & LEE, P.C.
Attorney I.D. No. 331263
555 E. City Ave., Suite 1170
Bala Cynwyd, PA 19004
jason.rudloff@stevenslee.com
Tel: (215) 751-2882

Ryan McLeod *(pro hac vice)*
WACHTELL, LIPTON, ROSEN & KATZ
Attorney I.D. No. 5038
51 West 52nd Street
New York, NY 10019
RAMcLeod@wlrk.com
Tel: (212) 403-1175

Cynthia Fernandez Lumermann *(pro hac vice)*
WACHTELL, LIPTON, ROSEN & KATZ
Attorney I.D. No. 5071618
51 West 52nd Street
New York, NY 10019
CFernandez@wlrk.com

---

[1] In Plaintiffs' original Complaint, the breach of fiduciary duty claim is Count V. In Plaintiffs' Amended Complaint, the breach of fiduciary duty claim is Count IV. This Motion refers to the breach of fiduciary claim as Count IV of the Amended Complaint.

2

Tel: (212) 403-1162

*Attorneys for Defendants PENN Entertainment, Inc., Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein*