IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, RONALD NAPLES, and SAUL REIBSTEIN, <br><br> Defendants, <br> -and- <br><br> PENN ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No.: 5:25-cv-02313-CH <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS' MOTION FOR FURTHER EXTENSION
OF STAY OF COUNT IV OF THE AMENDED COMPLAINT**

**AND NOW**, this ____ day of _____, 2025, upon consideration of Defendants Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, Saul Reibstein, and nominal Defendant PENN Entertainment, Inc. (collectively, "Defendants") Motion For Further Extension of Stay of Count IV of the Amended Complaint, the supporting Memorandum of Law, and any responses thereto, it is hereby **ORDERED** and **DECREED** that:

1

1) Defendants' Motion is **GRANTED**.

2) Proceedings as to Count IV are stayed for an additional thirty (30) days, causing the stay to be lifted on December 5, 2025.

**BY THE COURT:**

_____
Hon. Catherine Henry
