IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br>Plaintiffs, <br><br>-against- <br><br>PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, RONALD NAPLES, and SAUL REIBSTEIN, <br><br>Defendants, <br>-and- <br><br>PENN ENTERTAINMENT, INC., <br><br>Nominal Defendant. | Case No.: 5:25-cv-02313-CH <br><br><br>**DEFENDANTS' MOTION FOR FURTHER EXTENSION OF STAY OF COUNT IV OF THE AMENDED COMPLAINT** |

**CERTIFICATE OF SERVICE**

I, Stacey A. Scrivani, hereby certify that I caused a true and correct copy of Defendants' Motion for Further Extension of Stay of Count IV of the Amended Complaint, Memorandum of Law in Support thereof, and Proposed Order, to be served on Plaintiffs' counsel in accordance with Federal Rule of Civil Procedure 5(b).

Dated: October 31, 2025         By: */s/ Stacey A. Scrivani*
                                         Stacey A. Scrivani
                                         STEVENS & LEE, P.C.
                                         Attorney I.D. No. 84275

1

111 North Sixth Street
Reading, PA 19601
stacey.scrivani@stevenslee.com
Tel: (610) 478-2086

Jason P. Rudloff
STEVENS & LEE, P.C.
Attorney I.D. No. 331263
555 City Ave., Suite 1170
Bala Cynwyd, PA 19004
jason.rudloff@stevenslee.com
Tel: (215) 751-2882

Ryan McLeod *(pro hac vice)*
WACHTELL, LIPTON, ROSEN & KATZ
Attorney I.D. No. 5038
51 West 52nd Street
New York, NY 10019
RAMcLeod@wlrk.com
Tel: (212) 403-1175

Cynthia Fernandez Lumermann *(pro hac vice)*
WACHTELL, LIPTON, ROSEN & KATZ
Attorney I.D. No. 5071618
51 West 52nd Street
New York, NY 10019
CFernandez@wlrk.com
Tel: (212) 403-1162

*Attorneys for Defendants PENN Entertainment, Inc., Jay Snowden, Vimla Black-Gupta, Anuj Dhanda, David Handler, Marla Kaplowitz, Jane Scaccetti, Barbara Shattuck Kohn, Ronald Naples, and Saul Reibstein*