

DIRECT DIAL NUMBER:  
(215) 575-7152

John J. Higson, Esquire  
jhigson@dilworthlaw.com

November 24, 2025

**VIA ECF**

Honorable Catherine Henry  
United States District Court for the Eastern District of Pennsylvania  
Holmes Building  
101 Larry Holmes Drive  
Easton, PA  18072

      Re:  *HG Vora Capital Management, LLC v. PENN Entertainment, Inc.*, et al.  
             5:25-cv-02313-CH

Dear Judge Henry:

    We are counsel for the Special Litigation Committee (the "Committee") formed by the Board of Directors (the "Board") of PENN Entertainment, Inc. ("PENN" or the "Company") in response to the complaint filed by Plaintiffs in the above matter. The Committee is comprised of Marc Sonnenfeld, Esquire and Richard Bazelon, Esquire.

    As a follow up to our previous status letters, we are pleased to report that the Committee has completed its investigation and provided its final Report to counsel for the Company.

    The Committee would be happy to provide any further information to Your Honor and/or make itself and counsel available at Your Honor's request.

                      Respectfully,

                      /s/ *John Higson*

                      John Higson

JJH:vh

cc:    Marc J. Sonnenfeld, Esquire (via email)  
       Richard L. Bazelon, Esquire (via email)  
       Joseph H. Jacovini, Esquire (via email)  
       Thomas S. Biemer, Esquire (via email)  
       All counsel of record (via ECF)

1650 Market Street, Suite 1200 • Philadelphia, PA 19103 • 215-575-7000 • Fax: 215-754-4603  
Pennsylvania • New Jersey • New York • Delaware  
www.dilworthlaw.com

#125339265v1