IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, RONALD NAPLES, and SAUL REIBSTEIN <br><br> Defendants, <br> -and- <br><br> PENN ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No.: 5:25-cv-02313-CH |

**DECLARATION OF MICHAEL E. SWARTZ IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Michael E. Swartz, declare as follows:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiffs HG Vora Capital Management, LLC, HG Vora Special Opportunities Master Fund, Ltd., and Downriver Series LP – Segregated Portfolio C (collectively, "HG Vora" or "Plaintiffs") in this litigation. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

2. Attached as Exhibit A is a true and correct copy of HG Vora's letter to the Special Litigation Committee appointed by PENN Entertainment, Inc., dated July 29, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2025 in New York, New York.

Michael E. Swartz