IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC., <br><br>              Plaintiffs, <br><br>-against- <br><br>PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, and SAUL REIBSTEIN, <br><br>              Defendants, <br>    -and- <br><br>PENN ENTERTAINMENT, INC., <br><br>              Nominal Defendant. | Case No.: 5:25-cv-02313-CH <br><br>**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNT IV OF THE VERIFIED FIRST AMENDED COMPLAINT PURSUANT TO 15 Pa. C.S. § 1783(f)** |

## [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 202__, upon consideration of Defendants' Motion to Dismiss Count IV of the Verified First Amended Complaint Pursuant to 15 Pa. C.S. § 1783(f) and supporting Memorandum of Law, and any responses thereto, it is hereby **ORDERED** and **DECREED** that Defendants' Motion to Dismiss is **DENIED**.

                                            **BY THE COURT:**

                                            _____

                                                             J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HG VORA CAPITAL MANAGEMENT, LLC, HG VORA SPECIAL OPPORTUNITIES MASTER FUND, LTD., and DOWNRIVER SERIES LP – SEGREGATED PORTFOLIO C, on behalf of themselves and derivatively on behalf of PENN ENTERTAINMENT, INC.,<br><br>                Plaintiffs,<br><br>        -against-<br><br>PENN ENTERTAINMENT, INC., JAY SNOWDEN, VIMLA BLACK-GUPTA, ANUJ DHANDA, DAVID HANDLER, MARLA KAPLOWITZ, JANE SCACCETTI, BARBARA SHATTUCK KOHN, and SAUL REIBSTEIN<br><br>                Defendants,<br>    -and-<br><br>PENN ENTERTAINMENT, INC.,<br><br>                Nominal Defendant. | Case No.: 5:25-cv-02313-CH<br><br>**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNT IV OF THE VERIFIED FIRST AMENDED COMPLAINT PURSUANT TO 15 Pa. C.S. § 1783(f)** |

## [ALTERNATIVE PROPOSED] ORDER

**AND NOW**, this __ day of _____, 202__, upon consideration of Defendants' Motion to Dismiss Count IV of the Verified First Amended Complaint Pursuant to 15 Pa. C.S. § 1783(f) and supporting Memorandum of Law, and any responses thereto, it is hereby **ORDERED** and **DECREED** that Defendants' Motion to Dismiss is **HELD IN ABEYANCE.**

**IT IS FURTHER ORDERED** that Defendants must provide the following limited discovery into the Special Litigation Counsel's ("SLC") Report (the "Report") (ECF No. 44-1):

1. The documents and materials the SLC obtained during its investigation including, without limitation, those referenced on pages 27-28 of the Report;

2. The notes, summaries, transcripts, and any drafts thereof of the SLC's witness interviews including, without limitation, those referenced at page 30 of the Report; and

3. Plaintiffs may take up the three depositions concerning the SLC's investigation and Report.

All such discovery must be completed within 60 days of the entry of this Order.

**IT IS FURTHER ORDERED** that within 30 days of the close of the aforementioned discovery, Plaintiffs may file a supplemental brief in opposition to Defendants' Motion to Dismiss Count IV of the Verified First Amended Complaint Pursuant to 15 Pa. C.S. § 1783(f).

**BY THE COURT:**

_____
J.